**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Bobby Hill

v. Case Number: 4:22−cv−02081

The Lincoln National Life Insurance
Company

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/22/2022

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Initial Conference

RE: Order for Initial Conference − FORM − #5

---

Date: July 29, 2022 Nathan Ochsner, Clerk