**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BOBBY HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02081** |
| **THE LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SCHEDULING ORDER**

1. Trial: Estimated time to try: _1_ day. _X_ Bench ___ Jury

2. New parties must be joined by: October 28, 2022
*Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by: February 3, 2023

4. The defendant's experts must be named with a report furnished by: February 17, 2023

5. Discovery must be completed by: March 9, 2023
*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by: March 24, 2023
Responses due by: April 14, 2023

7. Non-Dispositive Motions will be filed by: March 24, 2023

********************** The Court will provide these dates. ***********************

8. Joint pretrial order is due:
*The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:

10. Trial is set for **9:00 AM** on:
*The case will remain on standby until tried.*

Signed on ____________, 2022, at Houston, Texas.

______________________________
Judge Sam S. Sheldon
United States Magistrate Judge

August 24, 2022
Date

/s/ Madison Tate Donaldson
Madison Tate Donaldson
Counsel for Plaintiff

August 24, 2022
Date

/s/ Iwana Rademaekers
Iwana Rademaekers
Counsel for Defendant