**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BOBBY HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02081** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO RESET INITIAL PRETRIAL CONFERENCE**

Defendant The Lincoln National Life Insurance Company ("Lincoln") files this Unopposed Motion to Reset Initial Pretrial Conference and show the Court as follows:

1. Pursuant to the Court's Order entered on July 29, 2022, the parties must appear for an initial pretrial conference on Thursday, September 22, 2022, at 11:30 am.

2. Counsel for Defendant is scheduled for medical testing on the date of the conference and will not be available to attend the conference via Zoom or telephone. As such, Defendant requests the conference be reset to take place on or after September 23, 2022. Plaintiff's counsel has no objection to resetting the conference.

WHEREFORE, Lincoln National requests the Court to enter an order resetting the initial pretrial conference to take place on or after September 23, 2022.

Dated this 16th day of September 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I certify that on September 16, 2022, the undersigned conferred with Plaintiff's counsel, Madison Tate Donaldson, regarding the relief requested by Defendant in this Motion. Plaintiff's counsel has indicated that Plaintiff is unopposed.

/s/ Iwana Rademaekers
Iwana Rademaekers

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Marc S. Whitehead
Email: marc@marcwhitehead.com

J. Anthony Vessel
Email: anthony@marcwhitehead.com

Britney Anne Heath McDonald
Email: britney@marcwhitehead.com

Madison Tate Donaldson
Email: madison@marcwhitehead.com

Selina Valdez
Email: selina@marcwhitehead.com

September 16, 2022 /s/ Iwana Rademaekers
Date ONE OF COUNSEL