**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BOBBY HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02081** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On this day, came on to be considered the Unopposed Motion to Reset Initial Pretrial Conference. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the initial pretrial conference in this case is reset for _______________, 2022 at ______ p.m.

**SIGNED** this ______ day of ____________________, 2022.

______________________________________
SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE