United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Bobby Hill | § | |
| | § | |
| v. | § | Civil Action 4:22−cv−02081 |
| | § | |
| The Lincoln National Life Insurance Company | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion to Reset − #12

Date: September 19, 2022.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk