United States District Court
Southern District of Texas
**ENTERED**
September 19, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BOBBY HILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv02081** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On this day, came on to be considered the Unopposed Motion to Reset Initial Pretrial Conference. Upon reviewing the Motion, the Court finds that it has merit and should be granted. It is therefore

ORDERED that the initial pretrial conference in this case is reset for October 13, 2022 at 11:50 a.m. by Zoom.

**SIGNED** this 19th day of September, 2022.

SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE