**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Bobby Hill

v. Case Number: 4:22−cv−02081

The Lincoln National Life Insurance Company

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/19/2023

**TIME:** 11:40 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: September 20, 2022 Nathan Ochsner, Clerk