United States District Court
Southern District of Texas
**ENTERED**
October 19, 2022
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON PRESIDING
DATE: October 19, 2022
COURT REPORTER: ERO
MORNING: 11:36-11:37AM AFTERNOON: _______________
*****************************************************************************

CIVIL NO 4:22cv2081

Bobby Hill, Madison Tate Donaldson

Plaintiff

v.

The Lincoln National Life Insurance Company, Iwana Rademaekers

Defendant

*****************************************************************************
MINUTE ENTRY ORDER:

The Court conducted the Initial Conference and entered a Scheduling Order.

SIGNED in Houston, Texas, this 19th day of October, 2022.

Sam Sheldon
United States Magistrate Judge