United States District Court
Southern District of Texas
**ENTERED**
February 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY HILL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 4:22-2081 |
| | § | |
| THE LINCOLN NATIONAL LIFE | § | |
| INSURANCE COMPANY | § | |

## ORDER OF DISMISSAL

In accordance with Joint Stipulation for Dismissal with Prejudice filed on February 7, 2023 (Doc. No. 18), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party will bear its own costs and fees.

SIGNED at Houston, Texas, this 8th day of February 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE